# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF<br><br>v.<br><br>Su Yan<br><br>DEFENDANT(S). | CASE NUMBER<br><br>EDCR12-00057-VAP<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of __defendant_____, IT IS ORDERED that a detention hearing is set for __August 10_____, __2012__, at __3:00__ ☐ a.m. / ☒ p.m. before the Honorable __Sheri Pym_____, in Courtroom __4__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __8/9/12__     __[signature]__
U.S. District Judge/Magistrate Judge